# ICE RECEIPT
# COMPLAINT NUMBER OSCI-2021-4618
# * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN1 -- W092_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI  54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 03/24/2021 |
| Date Complaint Received: | 03/24/2021 |
| Subject of Complaint: | 6 - Personal Physical Conditions |
| Brief Summary: | Has a cellmate that has a walker in the cell |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

# ICE REPORT
# COMPLAINT NUMBER OSCI-2021-4618
# * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN1 -- W092_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

| | | | |
|---|---|---|---|
| Date Complaint Acknowledged: | 03/24/2021 | Inmate Contacted? | No |
| Date Complaint Received: | 03/24/2021 | | |

Subject of Complaint: 6 - Personal Physical Conditions

Person(s) Contacted: Ms. McGinnis

Document(s) Relied Upon: Email
WICS

Brief Summary: Has a cellmate that has a walker in the cell

Summary of Facts: TG   Lee Brown complains that he is in a cell with a cellmate that has a walker and it poses a fire hazard. Mr. Brown further states that he has addressed this issue with staff and even wrote the Health Services Unit (HSU). He says that he was seen by HSU and they state that this is a security matter, so he spoke to Ms. McGinnis the Unit Manager. Mr. Brown lists the date of incident as 03/11/21, signed this complaint on 03/18/21, and this complaint was received in the Oshkosh Correctional Institution (OSCI) Institution Complaint Examiner (ICE) Office on 03/24/21.

First and foremost, the ICE does not get involved with, nor has any say in housing unit placement or room changes. An inmate's housing location is an administrative decision. There are several elements and factors that are taken into consideration when deciding where an inmate will be housed. If unit staff determines that a move is necessary, then the move will occur. If unit staff determines that a move is not necessary, then that is the way it will be, and again, the ICE will not intervene with that decision.

Mr. Brown's cell meets all requirements mandated by the Administrative Code. All institutions must have the capability to manage their cells and inmates in the best interest of the institution and population as a whole.

When an individual receives his or her sentence to the care and custody of the Warden of the prison, they are without standing in control of their placement. The Warden has final authority to direct inmate movement and make placements as appropriate and necessary.

The ICE contacted Corrections Program Supervisor (CPS) McGinnis, concerning this complaint, who stated that she can't recall speaking with Mr.

**DEPARTMENT OF CORRECTIONS**  
Department of Adult Institutions  
DOC-401 (Rev. 04/18)

**WISCONSIN**  
Administrative Code  
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER OSCI-2021-4618
### * * * ICRS CONFIDENTIAL * * *

Brown specifically about the placement of Mr. ▮▮▮▮'s walker in the room. She said that Mr. Brown did request and was offered a room change several weeks ago, which he refused. Ms. McGinnis states that he was told that he could not request another change for thirty (30) days and now that thirty (30) days has passed he has requested a change again, which will be considered. She said that she asked Officer Riegert to inspect the room and check in with Mr. Brown on this matter. Ms. McGinnis states that Officer Riegert stated that if Mr. ▮▮▮▮ would turn his walker sideways when he is in bed, there would be sufficient enough space for Mr. Brown to move past it. She said that Mr. Brown stated to Officer Riegert that he believes that Mr. ▮▮▮▮ purposely keeps hi walker in the way because he does not want to have a roommate. Ms. McGinnis states that it should be noted that their cells is one of the largest on the unit and is considered one of the most "accessible" rooms in the building.

Mr. Brown is advised that the procedure for obtaining a different roommate is to be discussed with unit staff. They make the determination on whether or not to recommend a change. If their decision is to not recommend a change that is the way it will be because they are present to do the necessary observation and investigation. Given this, unit staff, and not the ICE, is in the best position to make these determinations.

It is recommended that this complaint be dismissed, with a copy of this complaint being forwarded to Corrections Program Supervisor McGinnis and Corrections Program Supervisor Lemke for informational purposes.

**ICE Recommendation:** Dismissed

**Recommendation Date:** 04/26/2021

*T. Gillingham* - Institution Complaint Examiner

Print Date: April 27, 2021   Page 2 of 2   Institution Complaint Examiner's Office  
*** ICRS CONFIDENTIAL ***   Exhibit 1001 - 003  
Case 2:21-cv-00542-BHL   Filed 07/18/24   Page 3 of 11   Document 65-1

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-403 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER OSCI-2021-4618
# * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN1 -- W092_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 03/24/2021 |
| Date Complaint Received: | 03/24/2021 |
| Subject of Complaint: | 6 - Personal Physical Conditions |
| Brief Summary: | Has a cellmate that has a walker in the cell |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 04/27/2021 |

*[signature]*

C. Eplett - Warden

CC:
**Distributed via email**
McGinnis, T
Lemke, C

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

Print Date: April 27, 2021    Page 1 of 1    Reviewer's Office
***ICRS CONFIDENTIAL***
Case 2:21-cv-00542-BHL    Filed 07/18/24    Page 4 of 11    Document 65-1
Exhibit 1001 - 004



GENERAL REPORT
OSCI-2021-4618

# State of Wisconsin
## Department of Corrections
### GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | March 24, 2021 |
| Date Complaint Received: | March 24, 2021 |
| Subject of Complaint: | 6 - Personal Physical Conditions |
| Brief Summary: | Has a cellmate that has a walker in the cell |

**ICE Recommendation Information:** (Signed on 4/26/21 1:46:21PM):

| | |
|---|---|
| Person(s) Contacted: | Ms. McGinnis |
| Document(s) Relied Upon: | Email<br>WICS |



# State of Wisconsin
## Department of Corrections
### GENERAL REPORT ON INMATE COMPLAINT

| | |
|---|---|
| ICE's Summary of Facts: | TG    Lee Brown complains that he is in a cell with a cellmate that has a walker and it poses a fire hazard. Mr. Brown further states that he has addressed this issue with staff and even wrote the Health Services Unit (HSU). He says that he was seen by HSU and they state that this is a security matter, so he spoke to Ms. McGinnis the Unit Manager. Mr. Brown lists the date of incident as 03/11/21, signed this complaint on 03/18/21, and this complaint was received in the Oshkosh Correctional Institution (OSCI) Institution Complaint Examiner (ICE) Office on 03/24/21.

First and foremost, the ICE does not get involved with, nor has any say in housing unit placement or room changes.  An inmate's housing location is an administrative decision.  There are several elements and factors that are taken into consideration when deciding where an inmate will be housed.  If unit staff determines that a move is necessary, then the move will occur.  If unit staff determines that a move is not necessary, then that is the way it will be, and again, the ICE will not intervene with that decision.

Mr. Brown's cell meets all requirements mandated by the Administrative Code.  All institutions must have the capability to manage their cells and inmates in the best interest of the institution and population as a whole.

When an individual receives his or her sentence to the care and custody of the Warden of the prison, they are without standing in control of their placement.  The Warden has final authority to direct inmate movement and make placements as appropriate and necessary.

The ICE contacted Corrections Program Supervisor (CPS) McGinnis, concerning this complaint, who stated that she can't recall speaking with Mr. Brown specifically about the placement of Mr. ▉▉▉▉'s walker in the room. She said that Mr. Brown did request and was offered a room change several weeks ago, which he refused. Ms. McGinnis states that he was told that he could not request another change for thirty (30) days and now that thirty (30) days has passed he has requested a change again, which will be considered. She said that she asked Officer Riegert to inspect the room and check in with Mr. Brown on this matter. Ms. McGinnis states that Officer Riegert stated that if Mr. ▉▉▉▉ would turn his walker sideways when he is in bed, there would be sufficient enough space for Mr. Brown to move past it. She said that Mr. Brown stated to Officer Riegert that he believes that Mr. ▉▉▉▉ purposely keeps hi walker in the way because he does not want to have a roommate. Ms. McGinnis states that it should be noted that their cells is one of the largest on the unit and is considered one of the most "accessible" rooms in the building.

Mr. Brown is advised that the procedure for obtaining a different roommate is to be discussed with unit staff.  They make the determination on whether or not to recommend a change.  If their decision is to not recommend a change that is the way it will be because they are present to do the necessary observation and investigation. Given this, unit staff, and not the ICE, is in the best position to make these determinations.

It is recommended that this complaint be dismissed, with a copy of this complaint being forwarded to Corrections Program Supervisor McGinnis and |



# State of Wisconsin
## Department of Corrections
### GENERAL REPORT ON INMATE COMPLAINT

| | |
|---|---|
| | Corrections Program Supervisor Lemke for informational purposes. |
| ICE's Recommendation: | Dismissed |
| ICE's Recommendation Date: | April 26, 2021 |

**RA's Decision Information:** (Signed on 4/27/21 3:12:36PM):

| | |
|---|---|
| RA's Decision: | Dismissed |
| RA's Decision Date: | April 27, 2021 |



# State of Wisconsin
## Department of Corrections
## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER OSCI-2021-4618

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 03/24/2021 8:24:09AM | Todd Gillingham | OSCI | 385934 | 03/24/2021 8:57:19AM | Todd Gillingham |
| ICE Report | 04/27/2021 3:12:36PM | Cheryl Eplett | OSCI | 385934 | 04/27/2021 3:55:31PM | Todd Gillingham |
| RA Report | 04/27/2021 3:12:36PM | Cheryl Eplett | OSCI | 385934 | 04/27/2021 3:55:31PM | Todd Gillingham |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

DATE RECEIVED: RECEIVED MAR 1 9 2021    RECEIVED MAR 2 4 2021
COMPLAINT CODE: 6
COMPLAINT FILE NUMBER: OSCI-2021-4618

**INSTRUCTIONS FOR INMATE:**
- Complete ALL sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

INMATE NAME: Lee Brown
DOC NUMBER: 385934
HOUSING UNIT: @ W. North
FACILITY: OSCI

LOCATION OF INCIDENT: OSCI W North cell 92
DATE OF INCIDENT: 3-11-2021
TIME OF INCIDENT: 12:00 AM.

ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:

Briefly state who or what is the ONE issue, of this complaint. What remedial action are you requesting?

I am in a cell with a cell mate that has a walker and it poses a fire hazard.

With whom did you attempt to resolve your ONE issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

I addressed this with the staff and officers. I even wrote HSU. I was seen by HSU. HSU states that this is a security matter and I have now spoke to McGinnis the unit manager 3/23/21

What are the details surrounding this complaint?

I am in a cell with a cellie that has a walker that he needs this poses a fire hazard.

SIGNATURE OF INMATE: [signature]
DATE SIGNED: 3-18-21

Name: BROWN, LEE A.  
IPTS022A

# Bed Assignments

DOC #: 385934   PID #: 0385934  
Monday April 26, 2021 01:43:26 PM

**Bed Assignments** (1 - 20 of 97)

| Date | Time | Facility Name | Housing Unit | Bed ID | Status |
|---|---|---|---|---|---|
| 03/08/2021 | 01:43 PM | Oshkosh Correctional Institution | _W/N1 | W092/_U | Assigned |
| 01/28/2021 | 08:25 AM | Oshkosh Correctional Institution | _R/S1 | R085/_L | Unassigned |
| 01/14/2021 | 06:34 PM | Oshkosh Correctional Institution | _S/_N | S011/_L | Unassigned |
| 12/07/2020 | 03:10 PM | Oshkosh Correctional Institution | _S/_W | S061/_L | Unassigned |
| 11/03/2020 | 02:53 PM | Oshkosh Correctional Institution | _S/_E | S086/_L | Unassigned |
| 10/31/2020 | 10:53 AM | Oshkosh Correctional Institution | _S/_E | S086/_L | Unassigned |
| 10/04/2020 | 09:19 AM | Redgranite Correctional Institution | _F/SL | F067/_L | Unassigned |
| 10/03/2020 | 09:55 PM | Redgranite Correctional Institution | _F/WU | F240/_U | Unassigned |
| 09/29/2020 | 02:22 AM | Redgranite Correctional Institution | _I/_C | _C10/_L | Unassigned |
| 07/31/2020 | 06:43 PM | Redgranite Correctional Institution | _F/SL | F074/_U | Unassigned |
| 07/13/2020 | 12:25 PM | Redgranite Correctional Institution | _H/NU | H263/_U | Unassigned |
| 06/30/2020 | 07:29 AM | Redgranite Correctional Institution | _H/NU | H285/_L | Unassigned |
| 06/16/2020 | 07:50 AM | Redgranite Correctional Institution | _H/NU | H283/_L | Unassigned |
| 05/30/2020 | 11:17 AM | Redgranite Correctional Institution | _I/_B | _B11/_L | Unassigned |
| 05/29/2020 | 01:10 PM | Redgranite Correctional Institution | _H/NU | H286/_U | Unassigned |
| 05/16/2020 | 07:00 PM | Redgranite Correctional Institution | _I/_B | _B11/_F | Unassigned |
| 05/11/2020 | 03:33 PM | Redgranite Correctional Institution | _H/NU | H259/_L | Unassigned |
| 05/04/2020 | 05:52 PM | Redgranite Correctional Institution | _H/NU | H279/_L | Unassigned |
| 04/27/2020 | 06:32 PM | Redgranite Correctional Institution | _H/NU | H283/_U | Unassigned |
| 04/17/2020 | 08:06 PM | Redgranite Correctional Institution | _H/NU | H279/_U | Unassigned |

Next Page

# Gillingham, Todd A - DOC

**From:** McGinnis, Tammy L - DOC
**Sent:** Monday, April 26, 2021 1:23 PM
**To:** Gillingham, Todd A - DOC
**Subject:** RE: Lee Brown #385934

I can't recall speaking with Mr. Brown specifically about the placement of Mr. ▮▮▮▮▮'s walker in the room. Mr. Brown did request and was offered a room change several weeks ago which he refused. He was told he could not request another change for 30 days and now that 30 days has passed he has requested a change again which will be considered. I asked Officer Riegert to inspect the room and check in with Mr. Brown on this matter. Officer Riegert stated that if Mr. ▮▮▮▮▮ would turn his walker sideways when he is in bed, there would be sufficient space for Mr. Brown to move past it. Mr. Brown stated to Officer Riegert that he believes Mr. ▮▮▮▮▮ purposely keeps his walker in the way because he does not want to have a roommate. It should also be noted that their cell is one of the largest on the unit and is considered one of the most "accessible" rooms in the building.

**From:** Gillingham, Todd A - DOC
**Sent:** Thursday, April 22, 2021 10:20 AM
**To:** McGinnis, Tammy L - DOC <Tammy.McGinnis@wisconsin.gov>
**Subject:** Lee Brown #385934

Good day,

I am looking into a complaint from Lee Brown #385934 concerning issues with his cellmate having his walker in the cell. Mr. Brown alleges that Mr. ▮▮▮▮▮'s walker being in the cell is a fire hazard. He says that he spoke to you about this situation.

Did Mr. Brown talk to you about Mr. ▮▮▮▮▮'s walker/wheelchair being in the cell and if so what was discussed with him?

Thank you,
TODD GILLINGHAM
INSTITUTION COMPLAINT EXAMINER
OSHKOSH CORRECTIONAL INSTITUTION (OSCI)
920-231-4010 EXT. 2014
TODD.GILLINGHAM@WISCONSIN.GOV

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is only for the use of the individual or entity to whom this electronic mail transmission was intended. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately contact the sender and delete the message. Thank you.