# ICE RECEIPT
# COMPLAINT NUMBER OSCI-2021-4619
# * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN1 -- W092_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI  54903-3310

**Complaint Information:**

Date Complaint Acknowledged: 03/24/2021

Date Complaint Received: 03/24/2021

Subject of Complaint: 12 - Other

Brief Summary: Moved to top bunk

This is to acknowledge the complaint you filed which was received on the date indicated.  Depending on the nature of the complaint, you may or may not be interviewed by the ICE.  A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement.  A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

**DEPARTMENT OF CORRECTIONS**

Department of Adult Institutions

DOC-401 (Rev. 04/18)

**WISCONSIN**

Administrative Code

Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER OSCI-2021-4619
### * * * ICRS CONFIDENTIAL * * *

**To:**  BROWN, LEE A. - #385934
UNIT: _WN1 -- W092_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI  54903-3310

**Complaint Information:**

Date Complaint Acknowledged: 03/24/2021                     Inmate Contacted? No

Date Complaint Received:     03/24/2021

Subject of Complaint:     12 - Other

Document(s) Relied Upon:     WICS
DOC-3758

Brief Summary:     Moved to top bunk

Summary of Facts:     TG    Lee Brown complains that he was moved from R-Building to W-Building to a cell on a top bunk. Mr. Brown further states that he told the Officers on W-Building that he is not to be on a top bunk. He says that he has also been seen by the Health Services Unit (HSU) as well as a Physical Therapist. Mr. Brown states that the Officers and medical staff are aware that climbing causes him extreme pain every time he climbs up and down the ladder. He says that he is subjected to suffering from the pain climbing on or off his bunk causes. Mr. Brown lists the date of incident as 03/18/21, signed this complaint on 03/18/21, and this complaint was received in the Oshkosh Correctional Institution (OSCI) Institution Complaint Examiner (ICE) Office on 03/24/21.

A review of the Wisconsin Integrated Corrections System (WICS) shows that Mr. Brown does not have an active low bunk restriction. In the special handling summary on WICS it shows that Mr. Brown was denied a low bunk restriction by the Special Needs Committee (SNC) on 03/30/21.

The issue of this complaint is reduced to Mr. Brown's version of events against the documentation in WICS showing no restriction for a low bunk.  Lacking any other credible evidence, the ICE is placed in the position of having to speculate and that would be improper when making a recommendation to the Reviewing Authority.

Regardless of whose version of events is accurate, in reviewing this complaint the ICE finds no information that would support any staff misconduct or work rule violations on the part of W-Building staff or HSU. Mr. Brown simply disagrees with being placed in a top bunk - but this does not warrant an investigation by the ICE unless staff misconduct is alleged and such is not the case in this circumstance.

Case 2:21-cv-00542-BHL     Filed 07/18/24     Page 2 of 22     Document 65-2
Exhibit 1002 - 002

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-401 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER OSCI-2021-4619
### * * * ICRS CONFIDENTIAL * * *

Mr. Brown is advised that the procedure for obtaining a different cell is to be discussed with unit staff. They make the determination on whether or not to recommend a change. If their decision is to not recommend a change that is the way it will be because they are present to do the necessary observation and investigation. Given this, unit staff, and not the ICE, is in the best position to make these determinations.

Therefore, dismissal is recommended, as Mr. Brown does not have a low bunk restriction and W-Building staff would be able to place him in a cell on the top bunk, which was done on 03/08/21. Through the submission of this complaint, Mr. Brown's claims will be reviewed by a member of OSCI's Administration.

ICE Recommendation: Dismissed

Recommendation Date: 04/19/2021

T. Gillingham - Institution Complaint Examiner

Print Date: April 23, 2021
Page 3 of 3
ICRS CONFIDENTIAL
Institution Complaint Examiner's Office

Case 2:21-cv-00542-BHL   Filed 07/18/24   Page 3 of 22   Document 65-2
Exhibit 1002 - 003

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-403 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
## COMPLAINT NUMBER OSCI-2021-4619
### * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN1 -- W092_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 03/24/2021 |
| Date Complaint Received: | 03/24/2021 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | Moved to top bunk |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 04/23/2021 |

C. Eplett - Warden

CC:

**Distributed via email**
McGinnis, T
Lemke, C

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

Case 2:21-cv-00542-BHL    Filed 07/18/24    Page 4 of 22    Document 65-2
Exhibit 1002 - 004

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-405A (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# CCE RECEIPT
# COMPLAINT NUMBER OSCI-2021-4619
# * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN2 -- W301_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 05/03/2021 |
| Date Appeal Received: | 04/30/2021 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | Moved to top bunk |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 45 days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-404 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE REPORT
# COMPLAINT NUMBER OSCI-2021-4619
# * * * ICRS CONFIDENTIAL * * *

**To:** BROWN, LEE A. - #385934
UNIT: _WN2 -- W301_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI 54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 05/03/2021 |
| Date Appeal Received: | 04/30/2021 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | Moved to top bunk |
| Method of Disposition: | Review on Record? Yes          Investigation? No |
| Document(s) Relied Upon: | Complaint, SN review, WICS restrictions, appeal |
| CCE's Recommendation: | Dismissed |

The complainant's request for a lower bunk restriction has been reviewed by the Special Needs Committee and determined not necessary at this time. The complainant is encouraged to work with HSU staff to address concerns, and determine whether further evaluation is necessary.

Recommendation Date:          05/03/2021

*E. Davidson*

E. Davidson - Corrections Complaint Examiner

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-403 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER OSCI-2021-4619
# * * * ICRS CONFIDENTIAL * * *

**To:**  BROWN, LEE A. - #385934
UNIT: _WN2 -- W301_U
OSHKOSH CORRECTIONAL INSTITUTION
PO Box 3310
OSHKOSH, WI  54903-3310

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 05/03/2021 |
| Date Appeal Received: | 04/30/2021 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | Moved to top bunk |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 05/03/2021 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |

Decision Date:          05/06/2021

*C. O'Donnell*

C. O'Donnell - Office of the Secretary

Case 2:21-cv-00542-BHL     Filed 07/18/24     Page 7 of 22     Document 65-2

Exhibit 1002 - 007



# State of Wisconsin
**Department of Corrections**
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | March 24, 2021 |
| Date Complaint Received: | March 24, 2021 |
| Subject of Complaint: | 12 - Other |
| Brief Summary: | Moved to top bunk |

**ICE Recommendation Information:**   **(Signed on 4/19/21  11:46:25AM):**

| | |
|---|---|
| Document(s) Relied Upon: | WICS<br>DOC-3758 |



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

| ICE's Summary of Facts: | TG    Lee Brown complains that he was moved from R-Building to W-Building to a cell on a top bunk. Mr. Brown further states that he told the Officers on W-Building that he is not to be on a top bunk. He says that he has also been seen by the Health Services Unit (HSU) as well as a Physical Therapist. Mr. Brown states that the Officers and medical staff are aware that climbing causes him extreme pain every time he climbs up and down the ladder. He says that he is subjected to suffering from the pain climbing on or off his bunk causes. Mr. Brown lists the date of incident as 03/18/21, signed this complaint on 03/18/21, and this complaint was received in the Oshkosh Correctional Institution (OSCI) Institution Complaint Examiner (ICE) Office on 03/24/21. |
|---|---|
| | A review of the Wisconsin Integrated Corrections System (WICS) shows that Mr. Brown does not have an active low bunk restriction. In the special handling summary on WICS it shows that Mr. Brown was denied a low bunk restriction by the Special Needs Committee (SNC) on 03/30/21. |
| | The issue of this complaint is reduced to Mr. Brown's version of events against the documentation in WICS showing no restriction for a low bunk. Lacking any other credible evidence, the ICE is placed in the position of having to speculate and that would be improper when making a recommendation to the Reviewing Authority. |
| | Regardless of whose version of events is accurate, in reviewing this complaint the ICE finds no information that would support any staff misconduct or work rule violations on the part of W-Building staff or HSU. Mr. Brown simply disagrees with being placed in a top bunk - but this does not warrant an investigation by the ICE unless staff misconduct is alleged and such is not the case in this circumstance. |
| | Mr. Brown is advised that the procedure for obtaining a different cell is to be discussed with unit staff.  They make the determination on whether or not to recommend a change.  If their decision is to not recommend a change that is the way it will be because they are present to do the necessary observation and investigation.  Given this, unit staff, and not the ICE, is in the best position to make these determinations. |
| | Therefore, dismissal is recommended, as Mr. Brown does not have a low bunk restriction and W-Building staff would be able to place him in a cell on the top bunk, which was done on 03/08/21. Through the submission of this complaint, Mr. Brown's claims will be reviewed by a member of OSCI's Administration. |
| ICE's Recommendation: | Dismissed |
| ICE's Recommendation Date: | April 19, 2021 |

**RA's Decision Information:**    **(Signed on 4/23/21  8:44:45AM):**

| RA's Decision: | Dismissed |
|---|---|
| RA's Decision Date: | April 23, 2021 |



# State of Wisconsin
**Department of Corrections**
## GENERAL REPORT ON INMATE COMPLAINT

**Appeal to CCE Information:**

Date Appeal Acknowledged:   May 03, 2021

Date Appeal Received:   April 30, 2021

**CCE's Recommendation Information:   (Signed on 5/3/21  11:36:28AM):**

Document(s) Relied Upon:   Complaint, SN review, WICS restrictions, appeal

CCE's Summary:   The complainant's request for a lower bunk restriction has been reviewed by the Special Needs Committee and determined not necessary at this time. The complainant is encouraged to work with HSU staff to address concerns, and determine whether further evaluation is necessary.

CCE's Recommendation:   Dismissed

CCE's Recommendation Date:   May 03, 2021

**OOS' Decision Information:   (Signed on 5/6/21  12:49:03PM):**

OOS' Summary:   The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 05/03/2021 in the above appeal:

The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary.

OOS' Decision:   Dismissed

OOS' Decision Date:   May 06, 2021



# State of Wisconsin
## Department of Corrections

# DISTRIBUTION ITEMS
## for COMPLAINT NUMBER OSCI-2021-4619

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|------|-------------|------------|---------|-----------|------------|------------|
| ICE Receipt | 03/24/2021 8:24:28AM | Todd Gillingham | OSCI | 385934 | 03/24/2021 8:57:19AM | Todd Gillingham |
| ICE Report | 04/23/2021 8:44:45AM | Cheryl Eplett | OSCI | 385934 | 04/23/2021 11:12:23AM | Todd Gillingham |
| RA Report | 04/23/2021 8:44:46AM | Cheryl Eplett | OSCI | 385934 | 04/23/2021 11:12:23AM | Todd Gillingham |
| CCE Receipt | 05/03/2021 9:38:58AM | Matthew Greenwood | OSCI | 385934 | 05/03/2021 11:14:57AM | Todd Gillingham |
| CCE Report | 05/06/2021 12:49:03PM | Cindy O'Donnell | OSCI | 385934 | 05/06/2021 3:59:33PM | Todd Gillingham |
| OOS Report | 05/06/2021 12:49:03PM | Cindy O'Donnell | OSCI | 385934 | 05/06/2021 3:59:33PM | Todd Gillingham |

Print Date:  July 02, 2021

Page 1 of 1

** ICRS CONFIDENTIAL **

Exhibit 1002 - 011

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

OFFICE USE ONLY

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| RECEIVED MAR 1 9 2021  RECEIVED MAR 2 4 2021 | 12 | OSCI-2021-4619 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form.
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Lee Brown | 385934 | W North | OSCI |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| OSCI W North cell 92 | 3-18-21 | 400 p.m. |

ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

I have been moved from R south to W north to a cell on a top bunk. I have a serious Knee injury that causes me extreme pain and suffering.

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

I have told the officers on W North that I'm not to be on a top bunk. I also wrote HSU and I also have been seen by HSU as well as Physical therapist. I have also addressed this with the Unit manager McGinnis 3/23/21

What are the details surrounding this complaint?

I was moved to a cell on a top bunk. For which officers as well a medical staff are aware that climbing causes me extreme pain. Every time I climb up or down I am subjected to suffering from the pain climbing on or off my bunk causes.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| | 3-18-21 |

# NOTICE OF SPECIAL NEEDS COMMITTEE DECISION

| PATIENT NAME<br>BROWN, LEE A       _W/N1 W092/_U/C3 | DOC NUMBER<br>385934 | DATE<br>3/30/2021 | FACILITY<br>OSCI |
|---|---|---|---|

From:    **SPECIAL NEEDS COMMITTEE**

RE:       **SPECIAL NEEDS REQUEST**

This notice serves to inform you that your request for Low Bunk has been reviewed by the facility Special Needs Committee

<u>Your request has been:</u>

☐    Approved as requested

☐    Approved with modification(s):

☐    Approved with time limit:

<u>Your request has been:</u>

☒    Denied - Request does not meet criteria as defined in policy.

☐    Denied - Request is outside the scope of this committee.

☐    Denied - Other:

Special Needs Committee Members (print / type name clearly)

| Dr. Murphy | HSAM Fofana |
|---|---|
| Dr. Tannan | RN Feltz |
| Dr. Wheatley | MPAA Giesler |
| NP Bowens | LT Schwebke |
| NP Hermes | |
| | |
| | |

**DISTRIBUTION:** Original = Internal Paper Record, PR Correspondence Letters Section; Copy = Patient

Exhibit 1002 - 013

Name: BROWN, LEE A.                              DOC #: 385934   PID #: 0385934

OTRS085A

# Special Handling Summary

Monday April 19, 2021 11:24:52 AM

| | |
|---|---|
| DOC #: 385934 | Name: BROWN, LEE A. |
| DOB: 06/01/1980 | Custody: Medium |
| Bed: _WN1-W092_U | |

## Housing Recommendation

| Area | Configuration | Primary Use | Type | PREA Risk | Tier Position | Bunk Position | ADA | Bed Restraint Cell | Negative Pressure | Continuous Power | Camera |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Bed Asgn. | Double Room/Cell | General Population (GP) | Wet | | Not Applicable | Upper | No | No | No | No | No |

## Security

| Start Date | End Date | Special Handling Type | Status | Comments Present |
|---|---|---|---|---|
| | | No Rows Found | | |

## Medical Services (1 - 14 of 14)

| Start Date | End Date | Medical Need/Restriction | Frequency | Qualifier | Travels with Inmate | Special Instructions | Comments Present |
|---|---|---|---|---|---|---|---|
| 10/04/2020 | 10/11/2020 | Ace Wrap | N/A | N/A | Yes | Date: 10/04/2020 --- Time: 09:39:24 AM --- User: A. Korman | Yes |
| 10/04/2020 | 10/30/2020 | Activity - No Strenuous Sports | N/A | N/A | N/A | Date: 10/04/2020 --- Time: 09:41:00 AM --- User: A. Korman<br><br>Date: 10/07/2020 --- Time: 10:47:50 AM --- User: A. Korman | Yes |
| 10/04/2020 | 10/30/2020 | Activity - No Work | N/A | N/A | N/A | Date: 10/04/2020 --- Time: 09:40:04 AM --- User: A. Korman<br><br>Date: 10/07/2020 --- Time: 10:48:04 AM --- User: A. Korman | Yes |
| 03/05/2021 | 03/05/2022 | Brace / Immobilizer / Sling / Splint | N/A | Knee | Yes | Patellar stabilizing brace size L<br><br>Date: 03/05/2021 --- Time: 01:37:18 PM --- User: N. Paschke, DPT | No |
| 09/28/2018 | 09/28/2019 | Contact Lenses & Case | N/A | Both | Yes | None | No |

https://docintra.wi.gov/eomis/servlet/com.marquis.eomis.LoginHandler?option=fromLogon      Exhibit 1002 - 014

| Start Date | End Date | Medical Need/Restriction | Frequency | Qualifier | Travels with Inmate | Special Instructions | Comments Present |
|---|---|---|---|---|---|---|---|
| 10/04/2020 | 10/30/2020 | Crutches | N/A | N/A | Yes | Date: 10/04/2020 --- Time: 09:40:17 AM --- User: A. Korman<br><br>Date: 10/07/2020 --- Time: 10:48:20 AM --- User: A. Korman | Yes |
| 10/04/2020 | 10/07/2020 | Ice / Ice Bag | 4/Day | N/A | N/A | Date: 10/04/2020 --- Time: 09:40:40 AM --- User: A. Korman | Yes |
| 03/18/2021 | 03/25/2021 | Ice / Ice Bag | 4/Day | N/A | N/A | 20 mins on | No |
| 10/15/2020 | 10/29/2020 | Low Bunk / Lower Tier | N/A | N/A | N/A | Date: 10/15/2020 --- Time: 06:27:09 AM --- User: A. Korman | Yes |
| 08/26/2019 | 08/27/2019 | Other | N/A | N/A | N/A | Please allow inmate to attend HSU PT room 2x a week on Tuesday/ Friday 3:30 pm to 4 to exercises x one month. Rob MPT | No |
| 02/19/2021 | 05/20/2021 | Therabands | N/A | N/A | Yes | red band for HEP<br><br>Date: 02/19/2021 --- Time: 11:43:09 AM --- User: N. Paschke, DPT | No |
| 10/04/2020 | 10/30/2020 | Wheelchair - Distance | N/A | N/A | N/A | Date: 10/04/2020 --- Time: 09:39:45 AM --- User: A. Korman<br><br>Date: 10/07/2020 --- Time: 10:48:33 AM --- User: A. Korman | Yes |
| 06/16/2020 | 07/16/2020 | Foot Care Supplies | 1/Day | N/A | Yes | foot basin<br>Date: 06/16/2020 --- Time: 09:09:14 AM --- User: K. Sennhenn RGCI | Yes |
| 03/22/2021 | 03/30/2021 | Low Bunk | N/A | N/A | N/A | Date: 03/22/2021 --- Time: 12:25:28 PM --- User: M. Endries<br><br>**Denied SNC**<br><br>Date: 04/01/2021 --- Time: 12:19:58 PM --- User: J. Giesler | No |

### Mental Health

| Start Date | End Date | Mental Health Need / Restriction | Special Instructions | Comments Present |
|---|---|---|---|---|
| | | No Rows Found | | |

### Dental Services

| Start Date | End Date | Dental Need / Restriction | Frequency | Travels with Imate | Special Instructions | Comments Present |
|---|---|---|---|---|---|---|

Case 2:21-cv-00542-BHL     Filed 07/18/24     Page 15 of 22     Document 65-2

Exhibit 1002 - 015

| Start Date | End Date | Dental Need / Restriction | Frequency | Travels with Imate | Special Instructions | Comments Present |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**ADA**

| Start Date | End Date | ADA Need | Travels with Inmate | Special Instructions | Comments Present |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

[Show Last Updated Information](#)

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-405 (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT APPEAL

**INSTRUCTIONS: COMPLETE ALL SECTIONS OF FORM.**

- Do not use a highlighter or marker on this form.  Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print <u>clearly</u>, illegible forms will not be processed.  See reverse side for more information.
- Rejected complaints can only be appealed to the appropriate Reviewing Authority.  Their decision is final.
- Submitted documentation will not be returned.
- You must use a DOC-400B if additional space is needed.
- Keep the copy of this request for your records and send the original, in a sealed envelope via US Mail, to:

APR 3 0 2021

WI Dept of Corrections
CCE Office

CORRECTIONS COMPLAINT EXAMINER
DEPARTMENT OF CORRECTIONS
PO BOX 7925
MADISON, WI 53707-7925

| INMATE NAME | DOC NUMBER | FACILITY | DOC COMPLAINT FILE NUMBER |
|---|---|---|---|
| Lee Brown | 385434 | OSCI | OSCI-2021-4619 |

**STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE ACTION OF THE APPROPRIATE REVIEWING AUTHORITY.**

On Oct 5, 2020 I fell down stairs futher aggravating a knee injury that needed a second surgery. I then again fell climbing down the top bunk I am currently assigned to due to the medical implement walker/wheelchair my cellmate has for his physical disability obstructing my access to the bathroom or cell door. Being on a top bunk and subjected to the obstructions in my cell put me in imminent danger of futher injuries and irreparable harm to my knee and my physical being. These are dangerous harmful adverse effects that could be prevented by staff and Hsu medical personal once the problem has been made aware by the documents generated by me. Despite the knowledge of inharant danger the officials and medical Staff completely disregard the risk that is obvious to my health and safety It is also clear that the off site orthopedic specalist verified that

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
|  | 4 22 21 |

Exhibit 1002 - 017

**DISTRIBUTION**: Original – ICTS

**DEPARTMENT OF CORRECTIONS**
Office of the Secretary
DOC-405 (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter DOC 310

## INSTRUCTIONS

### DOC 310.09   Filing of complaint appeal.

**(1)** Appeals shall meet all of the following requirements:

    **(a)** Be submitted on a form provided by the department.

    **(b)** Be legibly handwritten or typed.

    **(c)** Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.

    **(d)** Include the inmate's original signature.

    **(e)** Not exceed 500 words total and not exceed two pages.

    **(f)** Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.

    **(g)** Be limited to the issue raised in the original complaint.

**(2)** An appeal will not be processed and a referral for disciplinary action may occur in accordance with ch. DOC 303 if the complaint contains any of the following:

    **(a)** Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.

    **(b)** A foreign substance.

### DOC 310.12 Review by Corrections Complaint Examiner (CCE).

**(1)** An inmate may appeal the reviewing authority decision within 14 days after the date of the decision by filing a typed or legibly printed request for review with the CCE on forms supplied for that purpose.  The institution shall make these forms accessible to inmates.

**(2)** The CCE may accept, return, or recommend rejection of an appeal or complaint.

**(3)** The CCE will only address issues raised in the original complaint.

**(4)** The CCE shall return an appeal if any of the following apply:

    (a) An original complaint has not been filed except as provided under s. DOC 310.09.

    (b) The complaint has been rejected.

    (c) The appeal is premature.

    (d) The appeal does not list the complaint file number or contains more than one complaint file number.

    (e) The appeal does not meet the criteria listed under s. DOC 310.10.

**(5)** The CCE may recommend rejection of an appeal not filed in accordance with s. DOC 310.09.

### DOC 310.13 Secretary's decision.

**(1)** The secretary shall make a decision within 45 days following receipt of the CCE's recommendation.  The secretary may extend the time for making a decision for good cause with notice provided to the inmate.

**(2)** The secretary shall affirm or dismiss the CCE's recommendation, in whole or in part, or return the appeal to the CCE for further investigation.

**(3)** The secretary's decision is final.

**(4)** If the inmate does not receive the secretary's written decision within 90 days of the date of receipt of the appeal in the CCE's office, the inmate shall consider the administrative remedies to be exhausted, unless the time has been extended under sub. (1).

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

WISCONSIN
Administrative Code
Chapter 310

# INMATE COMPLAINT/APPEAL (CONTINUED)

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| lee Brown | 385934 | W North | OSCI |

I do need a second surgery and or knee replacement, with this knowledge alone requires the HSu staff and or officals to implement or modify my conditions. My Knee injury is a serious medical need and has been diagnosed by a physician and the actions of medical staff and officals turn a blind eye boarder on recklessness negligent and or malice. The pain I feel everyday in my everyday activities is a serious medical need in itself. The staff at OSCI failure to provide me with reasonable accommodations per DAI 300.00.35 dispite the diagnosis is deliberate indifference.

RECEIVED

APR 30 2021

WI Dept of Corrections
DCI Office

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
|  | 4-27-21 |

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-400B (Rev. 3/2019)

**WISCONSIN**
Administrative Code
Chapter 310

# INSTRUCTIONS

The Department shall maintain an inmate complaint review system that shall be accessible to all inmates in institutions. Prior to filing a formal complaint, you must attempt to resolve the issue by following the designated process specific to the subject of the complaint. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to do so.

Each complaint shall meet all of the following requirements:

(a) Be submitted on a complaint form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the ICE.

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 10 days of receiving your complaint submission.

**A complaint will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

Each complaint may contain only one clearly identified issue. A complaint must contain sufficient information for the department to investigate and decide the complaint. An inmate may not file more than one complaint per calendar week except that any of the following are not subject to the filing restrictions contained in this paragraph:

(a) Complaints regarding the inmate's health and personal safety.
(b) Complaints made under PREA.

## Appeals shall meet all of the following requirements:

(a) Be submitted on a form provided by the department.
(b) Be legibly handwritten or typed.
(c) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
(d) Include the inmate's original signature.
(e) Not exceed 500 words total and not exceed two pages.
(f) Provide relevant supporting documentation, which may be accepted at the discretion of the CCE.
(g) Be limited to the issue raised in the original complaint.

**An appeal will not be processed and a referral for disciplinary action may occur in accordance with Ch. DOC 303 if the complaint contains any of the following:**

(a) Obscene, profane, abusive, or threatening language unless such language is necessary to describe the factual basis of the complaint.
(b) A foreign substance.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

Lee Brur # 395934
Oshkosh Correctional Institution
P O Box 3310
Oshkosh WI 54903

RECEIVED
APR 30 2021
WI Dept of Corrections
DOC HQ/DAI

MILWAUKEE WI 530
28 APR 2021 PM 3 L

53707-792525

Corrections Complaint Examiner
Dept of Corrections
Po Box 7925
Madison WI 53707

This letter has been mailed from the
**WISCONSIN PRISON SYSTEM**

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019



FSC
MIX
Envelope
FSC® C137131

Exhibit 1002 - 022